JOHN P. LUYSTER et al. vs. PETER HOAG.

COSTS.

*Motion by Plaintiff for retaxation of costs.*—Action replevin; verdict for Defendant. On taxation plaintiffs objected, first to the charge of fifty cents for furnishing proof of service of the defendant's plea, on the ground that such plea was the general issue or non cepit, and no proof was necessary; also objected to the charge for proof of the service of notice of trial, on the ground that no such proof was necessary. Second, objected to the allowance of sixteen copies of the subpœna and for serving the same on sixteen witnesses, on the ground that there was no evidence before the commissioner that the copies had been made or served, and also on the ground of the insufficiency of the affidavit of attendance of witnesses. Third, objected to the charge of $3 for copy of pleadings, on the ground that a copy was furnished to the court by the plaintiff. Fourth, objected to the allowance of $60 for travel and attendance of defendant's witnesses, on the following grounds: First, that the affidavits of travel and attendance did not state the place of residence of each witness, and the distance he had to travel to reach court; second, that there was no evidence that such witnesses were material to [59 the trial of the issue joined in, or were subpœnaed in said cause, and attended in good faith; third, that more than three days were charged for some of the witnesses upon the ground that the cause was, on the first day of the circuit, set down for Tuesday of the second week, and was actually tried on Wednesday of the second week. Fifth, objected to fifty cents for sheriff summoning jury, on the ground that the cause was put upon the calendar by the plaintiff and tried on his motion. Sixth, objected to the allowance of more than one copy of the bill of costs.

P. CAGGER, *Defts Counsel.*        S. BARCULO, *Defts Atty.*

S. P. NASH, *Plffs Counsel.*        N. REEVE, *Plffs Atty.*

*Decision.*—Ordered that the items one and six, mentioned in moving affidavit, be struck out, amounting to $1·50, and ordered retaxation as to two and four, because the affidavit must show the witnesses material and necessary; and as to objections three and five, ordered that they be taxed to the defendant on proof that defendant furnished copy pleadings and put cause on calendar.